# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO. 3:24-CR-035-MOC-DCK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | **ORDER** |
| v. | ) | |
| JOCELYN MARIE HAMILTON, | ) | |
| Defendant. | ) | |

**THIS MATTER IS BEFORE THE COURT** on Defendant's "Sealed Amended Motion For Permission To Travel" (Document No. 112) filed December 6, 2024. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting no objection from the Government, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that Defendant's "Sealed Amended Motion For Permission To Travel" (Document No. 112) is **GRANTED**. Defendant may travel to Lexington, Kentucky on December 9, 2024, for the purpose of her children's doctor appointment, and then return to her residence in the Southern District of West Virginia on December 10, 2024. Defendant must remain in Lexington, Kentucky, for the duration of her trip, notify the United States Probation Office of all travel arrangements, and remain subject to monitoring.

**IT IS FURTHER ORDERED** that the "Sealed Motion For Permission To Travel" (Document No. 111) is **DENIED AS MOOT**.

**SO ORDERED**.

Signed: December 6, 2024

David C. Keesler
United States Magistrate Judge